| | |
|---|---|
| 1 | MICHELLE B. HEVERLY, Bar No. 178660 |
| | mheverly@littler.com |
| 2 | SOPHIA BEHNIA, Bar No. 289318 |
| | sbehnia@littler.com |
| 3 | LITTLER MENDELSON, P.C. |
| | 650 California Street |
| 4 | 20th Floor |
| | San Francisco, CA  94108.2693 |
| 5 | Telephone:   415.433.1940 |
| | Fax No.:      415.399.8490 |

Attorneys for Defendant
AVNET, INC.

JAMES D. RUSH, Bar No. 240284
jimrush22@yahoo.com
LAW OFFICES OF JAMES D. RUSH, P.C.
7665 Redwood Boulevard
Suite 200
Novato, CA  94945.1405
Telephone:   415.897.4801
Fax No.:      415.897.5316

Attorneys for Plaintiff
CHRISTINE EMRICH

**IT IS SO ORDERED**

Judge Edward J. Davila

Dated: 11/13/2014

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINE EMRICH, | Case No.  5:14-cv-01026-EJD |
| Plaintiff, | **STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(A)** |
| v. | |
| AVNET, INC., TSSLINK, INC., and DOES 1-50, | |
| Defendant. | |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

Case No.  5:14-cv-01026-EJD

STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(A)

Plaintiff CHRISTINE EMRICH ("Plaintiff") and Defendant AVNET, INC. ("Defendant") (collectively the "Parties"), by and through their attorneys of record, stipulate to dismiss this action with prejudice according to the terms of the Parties' confidential settlement agreement.

The Clerk shall close this file.

Dated: November 10, 2014

                                                */s/ Sophia Behnia*
MICHELLE B. HEVERLY
SOPHIA BEHNIA
LITTLER MENDELSON, P.C.
Attorneys for Defendant
AVNET, INC.

Dated: November 10, 2014

                                                */s/ James Rush*
JAMES RUSH
LAW OFFICES OF JAMES RUSH, P.C.
Attorneys for Plaintiff
CHRISTINE EMRICH

Firmwide:129869492.1 063603.1003

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

1.    Case No.  5:14-cv-01026-EJD
STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(A)